The Name, Race, Sex, and title of Individual who Allegedly Discriminated against me doing my Employment with Defendant Company. Felton Burroughs Black male Hub Supervisor.

On or about April 27, 2017 - I Steve Nemo, and Patricia Reese met Felton Burroughs in Prattville. Felton Burroughs stated during the meeting that he prefer to have a Female In charged when he knew that I was already Incharge. Felton discuss During the meeting about Steve Nemo Adding a Route Auburn/Opelika Route, we started on May 8th 2017 and I Did not get Paid for the Auburn/Opelika Route until June 27, 2017 and that was short - Felton said he would refer to pay Patricia Because Steve is making To much money. Patricia Reese would go to B'Ham Hub warehouse to pickup Cargo, Felton would tell her to get Ready to take over In Montgomery Because Steve Nemo Had to go - on June 24, 2017 Felton Burroughs came to Montgomery to get the keys and to replace me with Patricia, when his Boss got word he was in Montgomery he call Felton and told him to leave Montgomery and let everything stay like it is - He told Patricia Before leaving that Steve Nemo Had To Go, Keep everything Quiet But Steve Nemo Had to Go and You would be Incharge of Montgomery.

Felton Burroughs made derogatory statements about my age said that I look like a flip phone person. That statement was made when he was introducing a new Real Time Delivery Program and you had to use a certain phone. He made that statement to Patricia and David Reese. Felton fired Patricia Reese for opposing discrimination. Felton Burroughs continued to call and text Patricia Reese after he fired both of us on the 13th of August stating that he had a possibility of other routes for her, that he had more things to look at, and wanted to ~~more~~ know if she had more than one person, not Steve Nemo. Felton Burrough replaced Patricia and Steve with white drivers from the Birmingham area. Patricia Reese and Steve Nemo have text messages to support my claim. I Steve Nemo believe that I have been discriminated against because of my age, race, and sex.

EEOC Form 161 (11/16)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

**To:** Steve J. Nemo
1033 Louberry Ln.
Prattville, AL 36067

**From:** Birmingham District Office
Ridge Park Place
1130 22nd Street
Birmingham, AL 35205

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2017-29505 | RICHARD GROOMS, Investigator | (205) 212-2115 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X] Other *(briefly state)*   **No employer / employee relationship**

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*(signature)*
Delner Franklin-Thomas,
District Director

**OCT 03 2017**
*(Date Mailed)*

Enclosures(s)

cc: RR Donnelley/Logistics Services
c/o Rick Lopez
Human Resource Director
4962 Distribution Drive
Tampa, FL 33605