```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602047251
Cashier ID: estrong
Transaction Date: 10/27/2017
Payer Name: STEVE J NEMO
----------------------------------
CIVIL FILING FEE
 For: STEVE J NEMO
 Case/Party: D-ALM-2-17-CV-000734-001
 Amount:         $400.00
----------------------------------
CASH
 Amt Tendered:  $400.00
----------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00

2:17-CV-734

Nemo v. RR Donnelley/Logistics
Services
```